✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
        Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|

UNITED STATES OF AMERICA
v.

NEYLON, DYLAN P
1684 WILLIAM H WILSON AVE

FORT STEWART, GA 31314

**THE DEFENDANT:** NEYLON, DYLAN P

☐ **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form
        CM/ECF Case No. 4:26-PO-50211-CLR

Case No.        GS2        E2637003

USM No.

_____
                Defendant's Attorney

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| | Speeding | | 1 |

☐  Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $150.00 | $  0.00 | $  120.00 | $  30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  5739

Defendant's Year of Birth: 1999

City and State of Defendant's Residence:
FORT STEWART, GA

May 11, 2026
_____
                Date of Imposition of Judgment

_____
                Signature of Judge

Brian K. Epps U.S. Magistrate Judge
_____
                Name and Title of Judge

May 13, 2026
_____
                Date